UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:22-cr-00002-RLY-CSW |
| | ) | |
| JEAN-CLAUDE MAJORS, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On July 22, 2024, the Court held a hearing on the Petition for Warrant for Offender Under Supervision filed on February 21, 2024. (Docket No. 35).  Defendant appeared in person with his appointed counsel Erin Berger.  The government appeared by Jeremy Kemper, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer Brian Deardurff.

This matter was referred to the Magistrate Judge to conduct a hearing and make a report and recommendation as to the disposition. (Docket No. 43). The defendant was advised that the District Judge is not bound to accept the Report and Recommendation.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

    1.    The Court advised Defendant Majors of his rights and provided him with a copy of the petition.  Defendant orally waived his right to a final hearing.

2. After being placed under oath, Defendant Major admitted violation number 1. (Docket No. 35).

3. The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not commit another federal, state, or local crime."** <br><br> On February 15, 2024, Mr. Jean-Claude Majors was arrested then subsequently charged with Felony charges in Vanderburgh County, Indiana for Intimidation and Auto Theft and Misdemeanor charges of Resisting Law Enforcement in cause number 82C01-2402-F6-001199. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade **B** violation.

   (b) Defendant's criminal history category is **III**.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is **8 to 14** months imprisonment.

5. The parties jointly recommended a sentence of ten (10) months with two (2) years of supervision to follow, including residing at a residential re-entry center during the first six (6) months of supervision.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a

period of ten (10) months with two (2) years of supervision, upon release from imprisonment. The defendant's supervision shall be subject to the same conditions as previously imposed with new conditions as defined in the Revocation Parameters Worksheet. ([Docket Nos. 35 and 36](#)). It is further recommended that defendant reside in a residential re-entry center during the first six (6) months of his supervision.

    The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. Both parties waived the fourteen-day period to object to the Report and Recommendation.

Date: July 23, 2024

*Crystal S. Wildeman*
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.